IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUSTOM MEDIA TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 13-1420-LPS |
| CHARTER COMMUNICATIONS, INC., | : | |
| Defendant. | : | |
| CUSTOM MEDIA TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 13-1425-LPS |
| TIME WARNER CABLE INC., | : | |
| Defendant. | : | |
| CUSTOM MEDIA TECHNOLOGIES LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 13-1426-LPS |
| VERIZON COMMUNICATIONS INC., | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this 26th day of **March, 2014.**

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (C.A. No. 13-1420, D.I. 16), (C.A. No. 13-1425, D.I. 11), and (C.A. No. 13-1426, D.I. 15) on February 10, 2014;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendants' Motions to Dismiss (C.A. No. 13-1420, D.I. 10), (C.A. No. 13-1425, D.I. 7), and (C.A. No. 13-1426, D.I. 7).

WHEREAS, any Objections to the Report and Recommendation were to be filed by February 27, 2014;

WHEREAS, no party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (C.A. No. 13-1420, D.I. 16), (C.A. No. 13-1425, D.I. 11), and (C.A. No. 13-1426, D.I. 15) is **ADOPTED**; and Defendants' Motions to Dismiss (C.A. No. 13-1420, D.I. 10), (C.A. No. 13-1425, D.I. 7), and (C.A. No. 13-1426, D.I. 7) are **DENIED**.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE